**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SEAN GRIFFIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-9938** |
| **STATE OF LOUISIANA** | **SECTION: "M"(5)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Sean Griffin's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**. .

New Orleans, Louisiana, this 14th day of May, 2019.

_____

**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**